**Order entered July 13, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00052-CV**

**HINDUJA GLOBAL SOLUTION, INC., ET AL., Appellants**

**V.**

**ALI GANJAEI, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20539**

## ORDER

Before the Court is appellee's July 11, 2022 unopposed motion for an extension of time to file his brief.[1] We **GRANT** the motion and extend the time to **July 26, 2022**.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE

---

[1] We note that the heading of the motion lists Synergy Global Outsourcing, LLC as appellee. Appellants appeal from the trial court's order granting the special appearance of Ali Ganjaei. Accordingly, Mr. Ganjaei is the appellee in this appeal.